HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866X)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
ANETA FREEMAN, Managing Assistant City Attorney (SBN 196624)
**BRIAN LEVINE,** Deputy City Attorney (SBN 251416)
KEIMER E. RAYMOND, Deputy City Attorney (SBN 316393)
200 North Main Street, City Hall East – 7th Floor
Los Angeles, California 90012
Tel.: 213.978.8200 | Fax: 213.978.8216
E-Mail: b.levine @lacity.org

Attorneys for Defendants, **CITY OF LOS ANGELES, JOSEPH HERNANDEZ, ORLANDO CHANDLER**
*FEE EXEMPT – GOV. CODE § 6103*

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARK DARREN WALKER, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LOS ANGELES; LT. JOSEPH HERNANDEZ, an individual; CAPT. ORLANDO CHANDLER, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:23-CV-00701<br><br>**DEFENDANTS CITY OF LOS ANGELES, JOSEPH HERNANDEZ, AND ORLANDO CHANDLER'S NOTICE OF REMOVAL OF ACTION FEDERAL QUESTION [28 U.S.C. § 1441(a)]** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants CITY OF LOS ANGELES, JOSEPH HERNANDEZ and ORLANDO CHANDLER ("Defendants"), hereby remove this state court action described below to the United States District Court for the Central District of California, Eastern Division.

///

1

DEFENDANTS CITY OF LOS ANGELES, JOSEPH HERNANDEZ, ORLANDO CHANDLER
NOTICE OF REMOVAL OF THE ACTION FEDERAL QUESTION [28 U.S.C. § 1441(A)]

1.  On February 22, 2023, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled MARK DARREN WALKER (Plaintiff) v. CITY OF LOS ANGELES; LT. JOSEPH HERNANDEZ; CAPT. ORLANDO CHANDLER; and DOES 1 through 10 (Defendants), as case number 23STCV03955, attached to the Declaration of Brian Levine as Exhibit "B".

2.  The first date upon which Defendant City of Los Angeles received a copy of said complaint was March 23, 2023, when Defendant City of Los Angeles was served with a copy of said complaint and a summons from said state court. A copy of the summons is attached to the Declaration of Brian Levine as Exhibit "A". This Notice of Removal is therefore filed within 30 days after Plaintiff served the City of Los Angeles.

3.  This action is a civil action of which the District Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to U.S. District Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under 29 U.S.C. § 2615.

4.  Plaintiff also alleges state law claims in the first, second, third, fourth, and sixth causes of action of the Complaint as follows: harassment in violation of the Fair Employment and Housing Act, California Government Code §§ 12940 *et seq*. ("FEHA"); discrimination in violation of FEHA; failure to prevent harassment and discrimination in violation of FEHA; retaliation in violation of FEHA; and intentional infliction of emotional distress. This Court also has jurisdiction over Plaintiff's state law claims. Whenever a plaintiff joins a separate and independent claim arising under federal law with one or more otherwise non-removable claims, the defendant may remove the entire case and the United States District Court may determine all issues therein. 28 U.S.C. § 1441(c). In addition, when an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only the federal claims but all pendant state claims "that "re so related to the claims in the action . . . .that they form part of the same case or controversy." 28 U.S.C. § 1367. Such is the case with the pendent state claims in this matter.

5. All other defendant(s) who have been served with Summons and complaint have joined in this Notice of Removal.

Dated: April 20, 2023            Respectfully submitted,

                              HYDEE FELDSTEIN SOTO, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney
ANETA FREEMAN, Managing Assistant City Attorney
**BRIAN LEVINE, Deputy City Attorney**

By /s/ BRIAN LEVINE
        **BRIAN LEVINE**
        Deputy City Attorney
Attorneys for Defendants, **CITY OF LOS ANGELES, JOSEPH HERNANDEZ, AND ORLANDO CHANDLER**